NO. 28912

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CHERYL S. FERREIRA, now known as CHERYL S. MARSHALL,
Plaintiff-Appellant,
v.
NELSON C. FERREIRA, Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT
(FC-D NO. 01-1-0608)

ORDER DISMISSING APPELLANT'S MOTION TO SUPPLEMENT THE RECORD
OR IN THE ALTERNATIVE MOTION TO AMEND MEMORANDUM OPINION
(By: Foley, Presiding J.)


On March 16, 2010, Plaintiff-Appellant Cheryl S. Ferreira, now known as Cheryl S. Marshall filed a Motion to Supplement the Record or in the Alternative Motion to Amend Memorandum Opinion, and on March 22, 2010 Defendant-Appellee Nelson C. Ferreira filed a response to the motion.

On March 18, 2010, the Hawai'i Supreme Court filed an Order Rejecting Application for Writ of Certiorari. With the filing of the Order Rejecting Application for Writ of Certiorari, it appears that this case is closed.

Therefore,

IT IS HEREBY ORDERED that the motion before this court is dismissed.

DATED: Honolulu, Hawai'i, March 23, 2010.


Presiding Judge